

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00321-CV

TIJEAR T. SIMS, Appellant

§ On Appeal from County Court at Law No. 2

§ of Denton County (CV-2020-02016-JP)

V.

§ July 29, 2021

NOTTINGHAM WOODLANDS LP, Appellee

§ Per Curiam Memorandum Opinion

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM